UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:16-cv-60044-WPD

KATHERINE DANIEL-RIVERA,

Plaintiff,

v.

EVERGLADES COLLEGE d/b/a KEISER UNIVERSITY

Defendant.
_________________________________/

## VERDICT FORM

Please answer Question 1.

1. Is Plaintiff, KATHERINE DANIEL-RIVERA, "otherwise qualified" to participate in Defendant, KEISER UNIVERSITY's, radiologic technology program with or without a reasonable accommodation?

Yes ✓ No______

If you have answered "No" to Question 1, your verdict is for Defendant, and you should proceed no further except to sign and date this Verdict Form. If you have answered "Yes," please answer Question 2.

2. Did Defendant, KEISER UNIVERSITY, intentionally discriminate against Plaintiff, KATHERINE DANIEL-RIVERA?

Yes ✓ No_____

If you have answered "No" to Question 2, your verdict is for Defendant, and you should proceed no further except to sign and date this Verdict Form. If you have answered "Yes," please answer Question 3.

3. Are eligibility criteria in the form of physical requirements necessary for a student to participate in the radiologic technology program at KEISER UNIVERSITY, and did Plaintiff, KATHERINE DANIEL-RIVERA, fail to meet the eligibility criteria?

Yes_____ No ✓

If you have answered "Yes" to Question 3, your verdict is for Defendant and you should proceed no further except to sign and date this Verdict Form. If you have answered "No," please answer Question 4.

4. Please state the amount of damages you find Plaintiff, KATHERINE DANIEL-RIVERA, proved by a preponderance of the evidence:

$75,000

**SO SAY WE ALL.**

Jury Foreperson

4/18/17

Date