UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No.: 0:16-cv-60044-WPD

KATHERINE DANIEL-RIVERA,

     Plaintiff,

vs.

EVERGLADES COLLEGE
d/b/a KEISER UNIVERSITY,

     Defendant.

_____/

## FINAL JUDGMENT

THIS CAUSE is before the Court upon the April 10-17, 2017 Trial, the Jury Verdict, and the Court's rulings from the bench.  Pursuant to Fed. R. Civ. P. 58(a), the Court enters this separate judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    Judgment is entered in favor of Plaintiff KATHERINE DANIEL-RIVERA and against Defendant EVERGLADES COLLEGE d/b/a KEISER UNIVERSITY in the amount of $75,000.00, for which let execution issue;

2.    Judgment is entered in favor of Defendant EVERGLADES COLLEGE d/b/a KEISER UNIVERSITY and against Plaintiff KATHERINE DANIEL-RIVERA on Plaintiff's claims for declaratory and injunctive relief;

3.      The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 19th day of April, 2017

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of record