UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No.: 0:16-cv-60044-WPD

KATHERINE DANIEL-RIVERA,

    Plaintiff,

vs.

EVERGLADES COLLEGE
d/b/a KEISER UNIVERSITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon Plaintiff's Detailed Verified Petition for an Award of Attorney's Fees and Costs [DE 160], filed herein on May 18, 2017, and the Report and Recommendation of Magistrate Judge Lurana S. Snow (the "Report") [DE 170], dated June 15, 2017.  The Court notes that no objections to the Report [DE 170] have been filed and that the time for filing such objections has passed.  As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 170] are hereby adopted and deemed incorporated into this opinion.  *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 170] and record and is otherwise fully advised in the premises.  The Court agrees with the Magistrate Judge's reasoning and conclusion that the Motion [DE 160] should be granted in part, and that the Plaintiff should be awarded attorneys' fees in the amount of $156,239.12 and costs in the amount of $34,804.03.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 170] is hereby **ADOPTED** and **APPROVED**;

2. The Motion [DE 160] is hereby **GRANTED IN PART**;

3. Plaintiff is hereby awarded attorneys' fees in the amount of $156,239.12 and costs in the amount of $34,804.03.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 30th day of June, 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record